UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN STEPHEN BASKETT and MICHAEL ROBERT BASKETT, as co-executors of the estate of Helen Baskett, deceased, | § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:19-CV-0001-X |
| v. | § § | |
| CAROLYN SUE RHONE and ANDREA NICOLE RHONE CHAMBERS, | § § § § § | |
| *Defendants*. | § | |

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendations of the United States Magistrate Judge [Doc. No. 17] in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **GRANTS** the Plaintiff's motion for Default Judgment [Doc. No. 12].

**IT IS SO ORDERED** this 30th day of January, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE